This decision was not selected for publication in the New Mexico Appellate Reports. Please see Rule 12-405 NMRA for restrictions on the citation of non-precedential dispositions. Please also note that this electronic decision may contain computer-generated errors or other deviations from the official paper version filed by the Supreme Court.

## IN THE COURT OF APPEALS OF THE STATE OF NEW MEXICO

**STATE OF NEW MEXICO,**

　　Plaintiff-Appellee,

**v.**                                        **No. 36,273**

**DAVID ELLIOTT CASTLE,**

　　Defendant-Appellant.

**APPEAL FROM THE DISTRICT COURT OF BERNALILLO COUNTY**
**Cindy Leos, District Judge**

Hector H. Balderas, Attorney General
Santa Fe, NM

for Appellee

Gorence & Oliveros, P.C.
Robert J. Gorence
Victor E. Sanchez
Albuquerque, NM

for Appellant

### MEMORANDUM OPINION

**GARCIA, Judge.**

{1}　　Defendant-Appellant David Elliott Castle appeals from the district court's

denial of his motion to dismiss premised on prosecutorial misconduct and double jeopardy grounds. We previously issued a notice of proposed summary disposition in which we proposed to affirm. Defendant has filed a response with this Court indicating that he does not intend to file a memorandum in opposition to our proposed summary disposition.

{2}    Accordingly, for the reasons previously stated, we affirm the district court's decision.

{3}    **IT IS SO ORDERED.**

_____
**TIMOTHY L. GARCIA, Judge**

**WE CONCUR:**

_____
**JONATHAN B. SUTIN, Judge**

_____
**J. MILES HANISEE, Judge**